IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 4:08-CV-00167-HL |
| INTERVOICE, INC., | ) |
| Defendant. | ) |

## ORDER

The Court has fully considered the motion of Plaintiff American Family Life Assurance Company of Columbus ("Aflac ") for leave to file under seal its Second Motion to Compel Production from Intervoice with Incorporated Memorandum in Support and accompanying exhibits, and for good cause shown, it is hereby ORDERED that Aflac's motion is GRANTED.

Aflac's Second Motion to Compel Production from Intervoice with Incorporated Memorandum in Support and its accompanying exhibits are hereby filed under seal.

IT IS SO ORDERED, this 6th day of October, 2010.

                                                                                         s/ Hugh Lawson
                                                                                         Hon. Hugh Lawson
                                                                                         Senior United States District Court Judge