**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **AMERICAN FAMILY LIFE** | : | |
| **INSURANCE COMPANY OF** | : | |
| **COLUMBUS,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.** |
| | : | **4:08-cv-167 (HL)** |
| **v.** | : | |
| | : | |
| **INTERVOICE, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## <u>ORDER</u>

Pending before the Court are three discovery motions.  The Defendant has filed a motion to compel (Doc. 47) and a motion for a protective order (Doc. 51).  The Plaintiff has filed its second motion to compel (Doc. 54). Also pending are discovery issues not raised in the motions.

A discovery hearing is accordingly scheduled in this case for Tuesday, December 7, 2010, at the Macon federal courthouse at 11:00 a.m.  The parties must be prepared to address the pending motions and any other discovery issues.

**SO ORDERED**, this the 2nd day of December, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc