# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS,**

    Plaintiff,

    v.

**INTERVOICE, INC.,**

    Defendant.

Civil Action No. 4:08-CV-167-HL

## ORDER

Currently pending before the Court are Plaintiff's and Defendant's Cross-Motions for Sanctions (Doc. 82 and Doc. 78, respectively). The Court has carefully considered these Motions, and has determined that sanctions are not appropriate in this case. Therefore, both Motions for Sanctions are denied.

**SO ORDERED**, this 28th day of March, 2012.

                                           *s/Hugh Lawson*
                                           HUGH LAWSON, SENIOR JUDGE

ebr