# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS,**<br><br>  Plaintiff,<br><br>  v.<br><br>**INTERVOICE, INC.,**<br><br>  Defendant. | Civil Action No. 4:08-CV-167 (HL) |

## ORDER

A question has been raised about the amount of time the Court will allow for oral argument on Wednesday, May 9, 2012. Each party will be given one hour to answer the eight questions posed in the April 16, 2012 Order. Additional questions from the bench may warrant additional time.

**SO ORDERED**, this 1st day of May, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE