# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS,**<br><br>Plaintiff,<br><br>v.<br><br>**INTERVOICE, INC.,**<br><br>Defendant. | Civil Action No. 4:08-CV-167 (HL) |

## ORDER

In the absence of objections, the Court plans to unseal the entire case file in this action. Any objection to the Court unsealing the documents is due on or before Friday, June 1, 2012. If no objections are made before Friday, June 1, the Court will unseal the documents without further notice.

**SO ORDERED**, this 24th day of May, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr